CSD 3019
05/15

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Narges Miriam Vakili<br><br>Debtor(s) | BANKRUPTCY NO.   24–04842–CL7 |
| Gerald H. Davis, Trustee<br><br>Plaintiff(s) | ADVERSARY NO.   25–90056–CL |
| v.<br><br>Narges Miriam Vakili<br><br>Defendant(s) | |

## NOTICE OF PRE–TRIAL STATUS CONFERENCE

YOU ARE HEREBY NOTIFIED that the PRE–TRIAL STATUS CONFERENCE in this proceeding:

**re Complaint**

has been set for 9/8/25 at 10:30 AM, in Department 1, Room 218, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101–6991.

Pursuant to Local Bankruptcy Rule 7016–1(c), all counsel and unrepresented parties must complete and jointly sign Local Form CSD 3018 Certificate of Compliance with Early Conference of Counsel. No later than 7 days after the early conference, plaintiff's counsel must file and serve the completed Local Form CSD 3018 on all parties.

Contact the Courtroom Deputy for Judge Christopher B. Latham at 619–557–6019 if you have any questions.

Dated:  7/29/25                    Mark Schnakenberg
                                   Clerk of the Bankruptcy Court

Certificate of Compliance (CSD 3018) due by 9/3/25 per LBR 70161(a)(3) and (c).