# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 7/29/2025 |
| Case: 25−90056−CL | Form ID: 3019 | Total: 10 |

**Recipients of Notice of Electronic Filing:**
aty　　　　Richard C. Norton　　　　richnor@aol.com
aty　　　　William G Silverstein　　　　pacer@sorehands.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla　　　　Gerald H. Davis, Trustee　　　　PO Box 38　　　　Aguanga, CA 92536
dft　　　　Narges Miriam Vakili　　　　17109 Botero Drive　　　　San Diego, CA 92127 UNITED STATES
dft　　　　Paul Amini　　　　1371 Hinrichs Way　　　　Escondido, CA 92027
ust　　　　Elvina Rofael　　　　United States Trustee　　　　880 Front Street Third Floor, Suite 3230　　　　San Diego, CA 92101 USA
ust　　　　Office of the U.S. Trustee for Region 17　　　　501 I Street, Suite 7−500　　　　Sacramento, CA 95814 USA
ust　　　　Office of the U.S. Trustee for Region 17　　　　501 I Street, Suite 7−500　　　　Sacramento, CA 95814 USA
ust　　　　Rofael　　　　United States Trustee　　　　880 Front Street, Third Floor, Suite 323　　　　San Diego, CA 92101 USA
ust　　　　United States Trustee　　　　Office of the U.S. Trustee　　　　880 Front Street　　　　Suite 3230　　　　San Diego, CA 92101 USA

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8