CSD 3018 [12/01/2022]
Name, Address, Telephone No. & I.D. No.

Richard C. Norton, Esq. (Cal. Bar No. 135024)
NORTON MOORE & ADAMS, LLC
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 233-8200
Facsimile: (619) 393-0461
Attorneys for Gerald H. Davis, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

NARGES MIRIAM VAKILI;

Debtor.

BANKRUPTCY NO. 24-04842-CL7

GERALD H. DAVIS, TRUSTEE,

Plaintiff(s)

ADVERSARY NO. 25-90056-CL7

v.

NARGES MIRIAM VAKILI an individual and PAUL AMINI, an individual;

Defendant(s)

Date & Time of Pre-Trial Status Conference:
September 8, 2025 @ 10:30 a.m.
Name of Judge: Christopher B. Latham

## CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL
**[LOCAL BANKRUPTCY RULE 7016-1]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following **Certificate of Compliance with Early Conference of Counsel** in accordance with LBR 7016-1(c):

**A.    SERVICE OF PLEADINGS**

1. Have all parties been served?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the complaint, counterclaims, etc.?  ☒ Yes  ☐ No

**B.    SETTLEMENT AND MEDIATION**

1. What is the status of settlement efforts?

    Ongoing

2. Has this dispute been formally mediated? If so, when?

    No

3. Has mediation been discussed with your client? (See LBR 7016-3.)
    Plaintiff                 Defendant
    ☒ Yes    ☐ No       ☒ Yes    ☐ No

4. The parties desire to go to voluntary, non-binding mediation. (See Administrative Procedures, Section 5) They have reviewed the list of mediators on the court's website (**www.casb.uscourts.gov**) or obtained the list from the court and have selected the following persons subject to availability as first, second, and third choices for mediator:
    First
    Second Choice:
    Third Choice:
    Parties are requested to notify the courtroom deputy of their preferences at the time a pretrial status conference date is obtained.

CSD 3018 [12/01/2022]

**C.   DISCOVERY**

1. Discovery should be propounded in time to be completed by   12/19/2025   .

2. The parties held their early conference of counsel on   8/27/25   .
   (LBR 7016-1(a)(3) requires the early conference of counsel within 30 days after all defendants have appeared or, in cases having multiple defendants, within 45 days after the first defendant appears.)

3. Initial disclosures (FRBP 7026(a)(1)) should be served by   9/19/25   .

4. Maximum of 25 interrogatories by each party to any other party.

5. Maximum of 25 requests for admission by each party to any other party.

6. Maximum of 7 depositions by plaintiff(s) and 5 by defendant(s).

7. Each deposition [other than of   defendants   ] should be limited to a maximum of 7.0 hours unless extended by agreement of the parties.

8. Expert disclosures (FRBP 7026(a)(2)) should be served by   12/19/25   .

9. Rebuttal expert disclosures (FRBP 7026(a)(2)) should be served by   1/5/26   .

10. Expert reports (FRBP 7026(a)(2)(B)) should be served by   1/19/26   .

11. Rebuttal expert reports (FRBP 7026(a)(2)(B)) should be served by   2/2/26   .

12. Any supplemental disclosures and discovery responses (FRBP 7026(e)) should be served by   12/19/25   .

**D.   MOTION PRACTICE**

1. Motions to join additional parties or to amend the pleadings should be filed by   12/5/25   .

2. All other motions, except motions in limine, should be filed by   1/23/26   .

**E.   TRIAL PREPARATION**

1. When will you be ready for trial in this case?   2/23/26   .

2. What is your estimate of the time required to present both sides of the case at trial (including rebuttal phase, if applicable)?   3 days   

3. How many witnesses do you intend to call at trial (including opposing parties)? 8

**F.   CONSENT TO BANKRUPTCY COURT JUDGMENT**

The following parties consent to entry of final orders or judgment by the Bankruptcy Court:

Plaintiff, Trustee, consents.
Defendants, Narges Miriam Vakili and Paul Amini, consent.

CSD 3018 [12/01/2022]

G.  **PRETRIAL STATUS CONFERENCE**

A further pretrial status conference in this case should be held on     n/a                         at          m. At that time, the Court may set deadlines for pretrial disclosures and objections (FRBP 7026(a)(3)) and schedule the final pretrial conference (FRBP 7016(e)).

H.  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**: (Use additional page if necessary.)

| Dated: | August 27, 2025 | Dated: | September 3, 2025 |
|---|---|---|---|
| NORTON MOORE & ADAMS, LLP | | LAW OFFICE OF WILLIAM G. SILVERSTEIN | |
| Firm Name | | Firm Name | |
| By: Name: | /s/ Richard C. Norton | By: Name: | /s/ William Silverstein |
| Attorney for: | Gerald H. Davis, Chp. 7 Trustee | Attorney for: | Narges Miriam Vakili and Paul Amini |

**LBR 7016-1(c) requires this form to be filed no later than 7 days after early conference of counsel.**

CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Richard C. Norton, Esq. (Cal. Bar No. 135024)
NORTON MOORE & ADAMS, LLP
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 233-8200
Facsimile: (619) 393-0461
Attorneys for Gerald H. Davis, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

NARGES MIRIAM VAKILI;
                                            Debtor(s)

BANKRUPTCY NO. 24-04842-CL7

GERALD H. DAVIS, TRUSTEE,
                                            Plaintiff(s)

ADVERSARY NO. 25-90056-CL

v.
NARGES MIRIAM VAKILI, an individual; and
PAUL AMINI, an individual;
                                            Defendant(s)

# PROOF OF SERVICE

I, __Richard Norton__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __September 3, 2025__, I served the following documents:

CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL [LOCAL BANKRUPTCY RULE 7016-1]

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __9/3/25__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

William G Silverstein, Esq. <pacer@sorehands.com>

☒ Chapter 7 Trustee: Gerald H. Davis <ghd@trusteedavis.com, ghd@trustesolutions.net >

☒ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   9/3/2025
              (Date)

Richard C. Norton   /s/ Richard C. Norton
(Typed Name and Signature)

501 West Broadway, Suite 800
(Address)

San Diego, CA 92101
(City, State, ZIP Code)