Order Entered on
September 9, 2025
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**

SOUTHERN DISTRICT OF CALIFORNIA

325 West "F" Street, San Diego, California 92101-6991

| In re: | | |
|---|---|---|
| NARGES MIRIAM VAKILI | BANKRUPTCY NO. | 24-04842-CL7 |
| Debtor. | | |
| GERALD H. DAVIS, TRUSTEE | ADVERSARY NO. | 25-90056-CL |
| Plaintiff. | | |
| v. | Date of Hearing: | September 8, 2025 |
| NARGES MIRIAM VAKILI, ET AL. | Time of Hearing: | 10:00 a.m. |
| Defendants. | Name of Judge: | Christopher B. Latham |

**ADVERSARY PROCEEDING SCHEDULING ORDER**

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through three (3).

DATED:   September 9, 2025

_____
Judge, United States Bankruptcy Court

Debtor: Narges Miriam Vakili                                                                 Bankruptcy No. 24-04842-CL7
GERALD H. DAVIS, TRUSTEE V. NARGES MIRIAM VAKILI, ET AL.                      Adversary No. 25-90056-CL

Following the September 8, 2025 pretrial status conference in this case, the court orders the following schedule under Rule 7016(b) of the Federal Rules of Bankruptcy Procedure ("Rules").

I. Motion Cutoffs

Motions to amend the pleadings or to join additional parties must be filed by **December 5, 2025**.

All other motions, except motions *in limine* concerning admissibility of evidence or conduct of the trial, must be filed by **January 23, 2026**.

II. Discovery Cutoff

All fact discovery must be propounded in time to be completed by **December 19, 2025**.

All expert discovery must be propounded in time to be completed by **February 23, 2026**.

III. Initial Disclosures

Rule 7026(a)(1) initial disclosures must be served by **September 19, 2025**.

IV. Fact Discovery

A maximum of **25** interrogatories by each party to any other party are permitted.

A maximum of **25** requests for admission by each party to any other party are permitted.

A maximum of **7** depositions by plaintiff and **5** by defendants are permitted.

V. Expert Discovery

Rule 7026(a)(2) expert disclosures must be served by **December 19, 2024**.

Rule 7026(a)(2) rebuttal expert disclosures must be served by **January 5, 2026**.

Rule 7026(a)(2)(B) expert reports must be served by **January 19, 2026**.

Rule 7026(a)(2)(B) rebuttal expert reports must be served by **February 2, 2026**.

VI. Depositions

Each deposition – other than that of Defendants – is limited to a maximum of **7** hours unless extended by agreement of the parties.

Signed by Judge Christopher B. Latham September 9, 2025

Page 3  | ADVERSARY PROCEEDING SCHEDULING ORDER

Debtor: Narges Miriam Vakili  
GERALD H. DAVIS, TRUSTEE V. NARGES MIRIAM VAKILI, ET AL.

Bankruptcy No. 24-04842-CL7  
Adversary No. 25-90056-CL

    VII.   Supplemental Disclosures and Discovery

Any supplemental disclosures and discovery responses under Rule 7026(e) must be served by **March 6, 2025**.

    VIII.   Further Pretrial Status Conference

A further pretrial status conference in this case will be held on **November 10, 2025 at 10:30 a.m.**

IT IS SO ORDERED.

Signed by Judge Christopher B. Latham September 9, 2025

United States Bankruptcy Court
Southern District of California

Davis, Trustee,
    Plaintiff

Vakili,
    Defendant

Adv. Proc. No. 25-90056-CL

## CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 1
Date Rcvd: Sep 09, 2025      Form ID: pdfO1      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Gerald H. Davis, Trustee, PO Box 38, Aguanga, CA 92536-0038 |
| dft | + | Narges Miriam Vakili, 17109 Botero Drive, San Diego, CA 92127, UNITED STATES 92127-1423 |
| dft | + | Paul Amini, 1371 Hinrichs Way, Escondido, CA 92027-4136 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Richard C. Norton | on behalf of Plaintiffs Gerald H. Davis  Trustee richnor@aol.com, NMAfileclerk@outlook.com |
| William G Silverstein | on behalf of Defendant Paul Amini pacer@sorehands.com |
| William G Silverstein | on behalf of Defendant Narges Miriam Vakili pacer@sorehands.com |

TOTAL: 3